UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

A.W.,
        Plaintiff,
vs.

THE JERSEY CITY PUBLIC SCHOOLS, NEW JERSEY DEPARTMENT OF EDUCATION, JEFFREY V. OSOWSKI, former Director, Division of Special Education, BARBARA GANTWERK, Director, Office of Special Education Programs, SILVIA ELIAS, former Executive Director of Pupil Personnel Services, PRISCILLA PETROSKY, Associate Superintendent for Special Education, JOHN IWANOWSKI, MARY HEPBURN, JOAN EDMISTON, DENISE BRAAK, MARY MACEACHERN, EDWARD FAUERBACH, Learning Disabilities Teacher-Consultants, NORMA CHRISOMALIS, GWENDOLYN JACKSON, LINDA COLON, RONNE BASSMAN, WILLIAM RONZITTI, ROXANNE JOHNSON, Supervisors of Special Education, SHARNETTE GREEN, teacher, MELINDA ZANGRILLO, Coordinator of Compliance, and JANE DOE AND JOHN DOE (1)-(5), all in their official and individual capacities,

        Defendants.

CIVIL ACTION NO.:01-0140(JLL)

Hon. Jose L. Linares, U.S.D.J.

**FINAL PRETRIAL ORDER**

RECEIVED
WILLIAM T. WALSH, CLERK
2004 JAN 29 A 11: 48
UNITED STATES
DISTRICT COURT

    A pretrial conference[1] having been held before the Honorable Ronald J. Hedges, U.S.M.J., and Education Law Center, by Elizabeth Athos, Esq., and Loughlin and Latimer, by Stephen Latimer, Esq., having appeared for plaintiff; Stephen J. Edelstein, Esq. and Christopher R. Welgos, Esq. of Schwartz Simon Edelstein Celso & Kessler, LLP, having appeared for defendants Jersey City Public Schools, John Iwanowski, Mary Hepburn, Joan Edmiston, Denise Braak, Norma Chrisomalis, Gwendolyn Jackson, Linda Colon and Sharnette Green and Donald T. Okner, Esq. and Lynn A. Lisbona, Esq., of Dwyer, Connell & Lisbona having appeared for defendants Silvia Elias, Priscilla Petrosky, Mary MacEachern, Edward Fauerbach, William Ronzitti, and Roxanne Johnson, and Peter C. Harvey, Attorney General of New Jersey, Michael

---

[1] Time incurred: _____

2