PETER C. HARVEY
Attorney General of New Jersey
 Attorney for State Defendants
R. J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey, 08625-0112

By: Michael C. Walters(MW6505)
    Deputy Attorney General
    (609)777-4861

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| A.W., | Document Electronically Filed |
| Plaintiff, | CIVIL ACTION NO.:01-0140(JLL) |
| v. | Hon. Ronald J. Hedges, U.S.M.J. |
| THE JERSEY CITY PUBLIC SCHOOLS, NEW JERSEY DEPARTMENT OF EDUCATION, JEFFREY V. OSOWSKI, former Director, Division of Special Education, BARBARA GANTWERK, Director of Special Education Programs, SILVIA ELIAS, former Executive Director of Pupil Personnel Services, PRISCILLA PETROSKY, Associate Superintendent for Special Education, JOHN UNESCO, MARY HEPBURN, JOAN EDISON, DENISE BRAAK, MARY MACEACHERN, EDWARD FAUERBACH, Learning Disabilities Teacher-Consultants, NORMA CHRISOMALIS, GWENDOLYN JACKSON, LINDA COLON, RONNE BASSMAN, WILLIAM RONZITTI, ROXANNE JOHNSON, Supervisors of Special Education, SHARNETTE GREEN, teacher, MELINDA ZANGRILLO, Coordinator of Compliance, and JANE DOE AND JOHN DOE (1)-(5), all in their official and individual capacities, | **ORDER** |
| Defendants. | |

This matter having come before the Court on a motion for leave To Amend the Answer to the Amended Complaint, by New Jersey Department of Education, Jeffrey V. Owowski, Barbara Gantwerk, Melinda Zangrillo, State Defendants in the above captioned matter, and notice having been given to all parties, in consideration of the ~~parties' submission and having heard the argument of counsel~~ moving papers and no opposition having been filed and for good cause shown,

It is on this _8th_ day of _Nov_, 2004, **ORDERED** as follows:

1. The motion for leave to Amend the Answer to the Amended Complaint [to assert certain affirmative defenses] is hereby granted. Pleading to be filed w/in 20 days.

2. It is further ordered that defendants' counsel shall serve, via regular mail, a copy of this Order upon all counsel of record within seven (7) days of defendants' receipt of same.

_____
Honorable Ronald J. Hedges, U.S.M.J.